IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rayshawn Rufus,<br><br>          Plaintiff,<br><br>vs.<br><br>Allstaff Services Incorporated,<br><br>          Defendant. | No.  CV-19-05893-PHX-SPL<br><br>**ORDER** |

    Having reviewed Plaintiff's Notice of Voluntary Dismissal (Doc. 9),

    **IT IS ORDERED** that this matter is dismissed **with prejudice** and the Clerk of Court shall **terminate** this action accordingly.

    Dated this 12th day of February, 2020.

Honorable Steven P. Logan
United States District Judge